ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
YANEYRI ZAVALA-BARRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00232 AWI |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER ADVANCING SENTENCING HEARING DATE |
| YANEYRI ZAVALA-BARRERA, | ) |
| Defendant. | ) DATE: March 4, 2013<br>) TIME: 10:00 a.m.<br>) Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, March 4, 2013, be advanced to **Monday, February 11, 2013, at 10:00 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///
///
///
///
///
///

- 1 -
Stipulation and [Proposed] Order to Advance Sentencing Hearing
CASE NO.: 1:12-CR-00232 AWI

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 4, 2013        /s/Megan A. S. Richards
                               MEGAN A. S. RICHARDS
                               Assistant United States Attorney

DATED: February 4, 2013        /s/ Anthony P. Capozzi
                               ANTHONY P. CAPOZZI
                               Attorney for Defendant
                               YANEYRI ZAVALA-BARRERA

**ORDER**

**IT IS SO ORDERED.** Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, March 4, 2013, at 10:00 a.m. to **Monday, February 11, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: February 4, 2013        _____
                               SENIOR DISTRICT JUDGE