```
1   JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
2   ANN H. MCGLENON, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   MAURELIO RICO-RIOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-0232 AWI |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING;  ORDER |
| v. | |
| MAURELIO RICO-RIOS, | Date: February 25, 2013 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for March 4, 2013, **may be advanced to February 25, 2013, at 10:00 a.m.**

The parties have agreed to set the matter for sentencing on February 25, 2013.

///
///
///
///
///
///
///

|   |   |   |
|---|---|---|
|   | | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: February 14, 2013 | By: | /s/ *Megan A.S. Richards*<br>MEGAN A.S. RICHARDS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | | JOSEPH SCHLESINGER<br>Acting Federal Public Defender |
| Dated: February 14, 2013 | By: | /s/ *Ann H. McGlenon*<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>Maurelio Rico-Rios |

**O R D E R**

IT IS SO ORDERED.

Dated: February 15, 2013

_____
SENIOR DISTRICT JUDGE