BENJAMIN B. WAGNER
United States Attorney
MEGAN ANNE SCHULTZ RICHARDS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00232-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MAURELIO RICO-RIOS,<br>   aka Bambi,<br>YANEYRI ZAVALA-BARRERA, and<br>CRISTINA GARCIA-HERNANDEZ, | |
| Defendants. | |

WHEREAS, on January 2, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Maurelio Rico-Rios aka Bambi, Yaneyri Zavala-Barrera, and Cristina Garcia-Hernandez in the following property:

   a.   Counterfeit I-551;
   b.   Verizon cell phone;
   c.   Box of white envelopes;
   d.   Fraudulent document making materials;
   e.   HP Photosmart Plus;
   f.   2 Brother typewriters;
   g.   Laminator;
   h.   $60.00 in U.S. currency;
   i.   Paper trimmer;
   j.   Card making supplies;
   k.   6 CDs/DVDs;

l. Miscellaneous documents;
m. Suspected partially completed counterfeit documents;
n. Toshiba laptop;
o. 2 Micro SD Cards;
p. Thumb drive;
q. 39 Government Identification Documents;
r. Lexmark copier/printer;
s. Canon printer/copier;
t. Samsung cell phone
u. 2 Huawei cell phones;
v. Sanyo cell phone;
w. 2 Motorola cell phones;
x. Davis .22 caliber handgun;
y. 82 rounds of .22 caliber ammunition; and
z. Samsung cell phone.

AND WHEREAS, beginning on January 5, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Maurelio Rico-Rios aka Bambi, Yaneyri Zavala-Barrera, and Cristina Garcia-Hernandez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

Final Order of Forfeiture

2

The Department of Homeland Security, Customs and Border Protection, Immigration and Customs Enforcement, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: May 10, 2013

_____
SENIOR DISTRICT JUDGE